**BRENNAN S. KAHN, ESQ.** (SBN 259548)
**MICHAEL S. WALKER, ESQ**. (SBN 3303373)
**PERONA, LANGER, BECK & HARRISON, APC.**
300 East San Antonio Drive
Long Beach, California 90807-0948
Phone: (562) 426-6155; Fax: (562) 490-9823

Attorneys for Plaintiff, Edgar Arceta

Dean A. Rocco (SBN 210481)
Trevor C. Wong (SBN 325840)
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
555 South Flower Street, Suite 2900
Los Angeles, California 90071
Phone: (213) 443-5100; Fax: (213) 443-5101

Attorneys for Defendants,
Jon-Don, LLC, Lydia Ponce and Donovan Connelly

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| EDGAR ARCETA, an Individual,<br><br>Plaintiff,<br><br>vs.<br><br>JON-DON, LLC, a Delaware Limited Liability Company; LYDIA PONCE, an Individual; DONOVAN CONNELLY, an Individual; and<br>DOES 1 through 10, Inclusive,<br><br>Defendants. | **Case Number: 8:23-CV-00571-KK-AFMx**<br><br>*(Assigned to Hon. Kenly Kiya Kato, U.S. District Judge, and Hon. Alexander F. MacKinnon, Magistrate Judge, Courtroom 2)*<br><br>**ORDER RE: JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br><br>Complaint Filed: February 1, 2023<br>Removal Date: March 30, 2023<br>Trial Date: October 29, 2024 |

1

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Good cause appearing therefore, **IT IS HEREBY ORDERED** that the above-captioned action be and hereby is dismissed with prejudice, in its entirety and as to all current and former defendants, pursuant to *Federal Rules of Civil Procedure,* Rule 41(a). Each party shall bear his/its own costs and attorneys' fees. The Court shall retain jurisdiction to enforce the terms of any Settlement Agreement between the parties.

DATED: December 21, 2023        SIGNED: _____

Hon. Kenly Kiya Kato
United States District Judge

2

JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE